**FILED**

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0498

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0498

THOMAS JAMES BICK,

      Petitioner, Obligor,
      and Appellant,

   v.

KATHLEEN JO JOHNSON,

      Respondent, Obligee,
      and Appellee,

   and

MONTANA DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES, CHILD SUPPORT
ENFORCEMENT DIVISION, EX REL.,

      Respondent and Appellee.

**FILED**

JAN 1 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant's motion for an extension of time, and good cause therefore,

IT IS ORDERED that Appellant has until February 19, 2021, within which to file his opening brief.

DATED this ____ day of January, 2021.

For the Court,

By _____
         Chief Justice